# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-28 MRW | Date | May 3, 2018 |
|---|---|---|---|
| Title | Blaine Harrington, III v. Intex Program | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: NOTICE OF DISMISSAL

    Plaintiff filed a notice to dismiss this case without prejudice. (Docket # 16.) This action is dismissed without prejudice.